1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   STANLEY OTAKE,                          CASE NO.: 8:19-cv-02266-JVS-DFM

12              Plaintiff,                    [Assigned to the Hon. James V. Selna]

13        v.
                                             **JUDGMENT OF DISMISSAL OF**
14   WELLS FARGO BANK, N.A.,                  **ACTION WITH PREJUDICE**

15
             Defendants.
16

17

18

19

20        The motion to dismiss Plaintiff's First Amended Complaint by defendant

21   WELLS FARGO BANK, N.A. ("Wells Fargo") was scheduled for hearing on

22   April 6, 2020, in the above-entitled court.  On April 3, 2020, the Court entered a

23   tentative ruling and vacated the hearing, and after full consideration of the

24   authorities and written arguments submitted by Wells Fargo and Plaintiff's

25   opposition thereto.  The Court did not receive a request for oral argument on the

26   motion, therefore, on April 8, 2020 the Court issued its Order granting Wells

27   Fargo's motion to dismiss the First Amended Complaint with prejudice.

28        Accordingly:

1   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

2       1.      Wells Fargo's motion to dismiss Plaintiff's First Amended Complaint

3   is granted;

4       2.      The First Amended Complaint is dismissed, as to all claims, with

5   prejudice;

6       3.      Judgment is entered in favor of defendant WELLS FARGO BANK,

7   N.A.; and against Plaintiff Stanley Otake;

8       4.      Plaintiff Stanley Otake will recover nothing in this action from

9   defendant Wells Fargo.

10

11

12   DATED:  April 30, 2020

        _____
13                          HON. JAMES V. SELNA
                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

4

5

6

On the date below, I served a copy of the foregoing document entitled:

7

**[PROPOSED] JUDGMENT OF DISMISSAL
OF ACTION WITH PREJUDICE**

8

9

on the interested parties in said case as follows:

10

**Served Electronically
Via the Court's CM/ECF System**

11

12

*Attorneys for Plaintiff:*

13

David L. Smart, Esq.
SMART LAW OFFICES
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Tel: (949) 629-2588
Fax: (916) 361-6021

14

15

16

[dsmart@thesmartlawoffices.com](mailto:dsmart@thesmartlawoffices.com)

17

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 22, 2020.

19

20

21

Carol Leach

/s/ *Carol Leach*

22

(Type or Print Name)

(Signature of Declarant)

23

24

25

26

27

28